# DECISIONS PER CURIAM

FROM MAY 30, 1916, TO MARCH 15, 1917.

---

No. 162. DAUBÓN, PETITIONER, *v.* CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Certiorari. June 5, 1916. *Petition denied.*

---

No. 912. PEOPLE, APPELLEE, *v.* BALZAC, APPELLANT.—Libel. Humacao. June 6, 1916. *Reversed on the grounds of opinion in* People *v.* Santos, *ante p. 68.*

---

No. 1015. PEOPLE, APPELLEE, *v.* SOTO, APPELLANT,—Aggravated assault and battery. Aguadilla. June 12, 1916. *Judgment affirmed.*

---

No. 1018. PEOPLE, APPELLEE, *v.* CASAS ET AL., APPELLANTS.— Libel. Humacao. June 12, 1916. *Judgment reversed.*

---

No. 1025. PEOPLE, APPELLEE, *v.* FLORES, APPELLANT.—Violation of the Law of Weights and Measures. San Juan, Section 2. June 16, 1916. *Judgment affirmed.*

---

No. 1497. ACEVEDO, APPELLEE, *v.* LÓPEZ, APPELLANT.—Administration. Aguadilla. June 19, 1916. *Order affirmed.* Reconsideration denied July, 1916.

---

No. 1522. JIMÉNEZ ET AL., APPELLANTS, *v.* MARTÍNEZ, APPELLEE.—Demolition of structure and damages. San Juan, Section 1. June 20, 1916. *Appeal dismissed.*